# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRCT OF MICHIGAN
### SOUTHERN DIVISION

IN RE: Timothy W. Abraham
and Stacie R. Abraham

                                  Case Number: 14-30300-dof
                                  CHAPTER 13
_____/   Judge Daniel S. Opperman

## DEBTOR'S OBJECTION TO STATE OF MICHIGAN PROOF OF CLAIM #19

    Now comes Debtor, **Timothy W. Abraham and Stacie R. Abraham**, by and through attorney, John L. Hicks, and objects to proof of claim #19 for the following reasons:

1. The proof of claim #19 as amended 6/11/15 sets forth a P**riority claim: $5,343.15** and **Unsecured claim: $1,161.80**.
2. **$4,462.00 of the priority amount is assessed for 2011 tax year in which the Debtor has supplied the State of Michigan their tax returns indicating a refund of $152.00.**
3. Debtor objects to the priority claim and asked that it be reduced by $4,462.00 to an allowed priority claim amount of $881.15.
4. A proposed Order is attached as Exhibit A.

WHEREFORE, DEBTOR(S) respectfully requests that the within objection be sustained and Order that the priority claim amount be reduced to the proper amount pursuant to debtors filed returns.

                                  Respectfully Submitted,
                                  Attorney for Debtor(s)

                                  **/s/ John L. Hicks**
                                  John L. Hicks (P44667)
                                  412 S. Saginaw 1st Floor
                                  Flint, MI. 48502
                                  (810) 232-2223
                                  Jlhicks14@hotmail.com

Dated: May 10, 2016

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRCT OF MICHIGAN**
**SOUTHERN DIVISION-Flint**

**IN RE: Timothy W. Abraham**
**and Stacie R. Abraham**

                                                **Case Number: 14-30300-dof**
                                                **Chapter 13**
                                                **Judge Daniel S. Opperman**

_____/
John L. Hicks (P44667)
412 S. Saginaw  1st Floor.
Flint, MI. 48502
(810) 232-2223
jlhicks14@hotmail.com

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM #19 of**
**STATE OF MICHIGAN**

        This matter having come on to be heard upon the Objection of the Debtor(s) to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty (30) day notice  pursuant to L.B.R. 3007-1), no response having been filed or served, due notice having thus been given and the Court being advised in the premises:

   NOW THEREFORE IT IS HEREBY ORDERED that the Objection of the Debtor is sustained with respect to the Proof of Claim of State of Michigan.;

       IT IS HEREBY  ORDERED that the State of Michigan claim #19  shall have a priority claim in the amount of $**881.15 and an unsecured claim of $1,161.80 for total claim of $2,042.95.**

        IT IS FURTHER ORDERED that  to the extent that the Chapter 13 Standing Trustee has previously made disbursements on the secured claim those amounts shall be credited to the priority claim.

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE: **Timothy W. Abraham**
**and Stacie R. Abraham**

                                                 **Case Number: 14-30300-dof**
                                                 **Chapter 13**

                                                 **Judge Daniel S. Opperman**

**NOTICE OF OBJECTION TO CLAIM**

Debtor, **Timothy & Stacie Abraham**, has filed an objection to your claim in this bankruptcy case.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to deny or change your claim, or if you want the court to consider your views on the objection, within 7 days of the hearing date set forth below, you or your attorney must:

1. File with the court a written response or an answer, explaining your position, at:[1]

        U.S. Bankruptcy Court
        226 West Second St.
        Flint, MI. 48502

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:   **John L. Hicks & Associates**
                                           **Attorney for Debtor**
                                           **412 S. Saginaw St., 1st Fl**
                                           **Flint, MI 48502**

                                            **Trustee: Office of the Chapter 13 Trustee**
                                            **Carl L. Bekofske**
                                            **400 N. Saginaw, Ste. 331**
                                            **Flint, MI 48502**

2. Attend the hearing on the objection, scheduled to be held on **July 12, 2016**, **at 10:00 a.m.** .in the Courtroom Daniel S. Opperman, United States Bankruptcy Court, 226 W. Second St., Flint, Michigan 48502, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

                                              Signature:   **/s/ John L. Hicks** (P44667)
                                              Name:      John L. Hicks
                                              Address:  412 Saginaw 1st Floor.
Date: May 10, 2016                                     Flint, MI. 48502
                                                      (810) 232-2223
                                                       jlhicks14@hotmailo.com

---

[1] **Response or answer must comply with .F.R. Civ. P. 8(b), (c) and (e)**